# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIM E. FRANKLIN, | ) | 1:04cv5809 AWI DLB |
| | ) | |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) ) | ORDER DISMISSING ACTION |
| | ) ) | (Document 16) |
| WENDY SIMPSON, et. al., | ) ) | |
| Defendants. | ) ) | |

On April 4, 2005, the Magistrate Judge issued Findings and Recommendation that the case be dismissed for Plaintiff's failure obey the Court's June 8, 2004 order, and March 3, 2005 order and failure to prosecute the action. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   The Findings and Recommendation issued April 4, 2005, is ADOPTED IN FULL;

3    2.   The action is DISMISSED.  This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   July 18, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE

2